UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————X

ROBERT HOSSFELD,

       Plaintiff,      Civil Action No.: 7:16-cv-01614 KMK

 v.

                 **STIPULATION OF VOLUNTARY
                 DISMISSAL PURSUANT TO
                 F.R.C.P. 41(a)(1)(A)(ii)**

LIFEWATCH, INC., LIFEWATCH, INC. d/b/a
LIFEWATCH USA, MEDWATCH USA,
MEDICAL GUARD, ABC CORPORATIONS
1-10, AND JOHN DOES 1-10,

       Defendants.
———————————————————X

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that this matter is voluntarily dismissed without prejudice against all defendants. Each party will bear its own costs.

Dated: December 14, 2016

/s/ Barry J. Gainey
_____
Barry J. Gainey
**GAINEY McKENNA & EGLESTON**
95 Route 17 South, Suite 310
Paramus, New Jersey 07652
201-225-9001
*Attorneys for Plaintiff*

/s/ Joseph Lipari
_____
Joseph Lipari, Esq.
THE SULTZER LAW GROUP, P.C.
77 Water Street, 8th Floor
New York, New York 10005
646-722-4266 (Direct)
*Attorneys for Defendants*